UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.                                                        Criminal No. 15-89 (JNE/FLN)
                                                    ORDER

Charles Earl Wright, Jr.,

       Defendant.

In a Report and Recommendation dated June 11, 2015, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended that Defendant's motion to suppress be granted in part and denied in part. No objection to the Report and Recommendation has been made. The Court accepts the recommended disposition [Docket No. 27].

Therefore, IT IS ORDERED THAT:

1. Defendant's Motion to Suppress Statement, Admissions, Answers [Docket No. 21] is GRANTED IN PART and DENIED IN PART as follows:

    a. To the extent Defendant moved to suppress statements made to law enforcement during the February 10, 2015 interview at HCMC, the motion is DENIED.

    b. To the extent Defendant moved to suppress statements made to law enforcement during the February 14, 2015 interrogation at the Hennepin County jail, the motion is DENIED as moot.

    c. To the extent Defendant moved to suppress statements made to law enforcement during the February 20, 2015 phone call and subsequent questioning in Room 108 of Minneapolis City Hall, the motion is GRANTED.

Dated: July 8, 2015

                                                         s/Joan N. Ericksen
                                                         JOAN N. ERICKSEN
                                                         United States District Judge